```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        NOV 1 3 2013

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:03-CR-0124-RCJ (RAM) |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| PEDRO OROZCO, JR., | ) | |
| Defendant(s) | ) | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of November 13, 2013, PEDRO OROZCO, JR.'s five-year term of supervised release imposed on June 17, 2004, is hereby reduced by one year, for a four-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: This 13th day of November, 2013.

_____
ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE